UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20379-CIV-ALTONAGA/Goodman

**MATTHEW MARTINO**, *et al.*,

    Plaintiffs,

v.

**VOLKSWAGEN A.G.** and
**VOLKSWAGEN GROUP OF AMERICA, INC.**,

    Defendants.

_____/

<b><u>ORDER OF TRANSFER</u></b>

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related Case Number **17-23033-CIV-SCOLA**, and subject to the consent of the Honorable Robert N. Scola, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Robert N. Scola for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, this 1st day of February, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Case No. 18-20379-CV

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that all pleadings filed after this date shall bear the following case number, **17-23033-CIV-SCOLA**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Miami, Florida, this ___2nd___ day of February, 2018.

 

_____
**ROBERT N. SCOLA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record